## Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jessica Lacey Leishman** |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 4:25-bk-07304-SHG |

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................ | $ 422,565.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................ | $ 23,137.02 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................ | $ 445,702.02 |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 239,907.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 8,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ 23,114.83 |
| **Your total liabilities** | $ 271,021.83 |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................ | $ 5,362.76 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................ | $ 5,344.00 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Case 4:25-bk-07304-SHG    Doc 12    Filed 08/11/25    Entered 08/11/25 11:55:22    Desc
Main Document     Page 1 of 75

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ **3,561.51**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 8,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 8,000.00 |

| Debtor 1 | **Jessica Lacey Leishman** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number     4:25-bk-07304-SHG

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                         12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**40655 W Crane Dr**
Street address, if available, or other description

**Maricopa        AZ      85138-0000**
City                State      ZIP Code

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $422,565.00 | $422,565.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

■ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>

| | |
|---|---|
| | $422,565.00 |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Ford** |
|---|---|---|

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|

| 3.1 | Make: | **Ford** |
|---|---|---|
| | Model: | **F-150** |
| | Year: | **2013** |
| | Approximate mileage: | **100,000** |
| | Other information: | |

**Non-filing spouse's vehicle. Loan is in non-filing spouse's name**

■ Check if this is community property
(see instructions)

Current value of the entire property? **$6,695.00**

Current value of the portion you own? **$6,695.00**

| 3.2 | Make: | **Mazda** |
|---|---|---|
| | Model: | **3 Hatchback** |
| | Year: | **2015** |
| | Approximate mileage: | **57,000** |
| | Other information: | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Vehicle is in non-filing spouse's name, but Debtor drives it. Loan is in non-filing spouse's name**

■ Check if this is community property
(see instructions)

Current value of the entire property? **$7,533.00**

Current value of the portion you own? **$7,533.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**.................................................................=>    **$14,228.00**

| **Part 3:** | **Describe Your Personal and  Household Items** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| |
|---|
| **Kitchen Table & Chairs** |
| **Dining Room Table & Chairs** |
| **Living Room Couch** |
| **Living Room Chair** |
| **Coffee & End Tables** |
| **Lamps** |
| **Rugs** |
| **Beds** |
| **Bed Table** |
| **Dressers** |
| **Bedding** |
| **Bookshelves** |
| **Cabinets** |
| **Nightstands** |
| **Cooking Utensils** |
| **Desk(s)** |
| **Dishware** |
| **Draperies/Window Coverings** |
| **DVD Player** |
| **DVD(s)** |
| **Fire Extinguisher** |
| **Flatware** |
| **Glassware** |
| **Wall Décor** |
| **End Tables** |
| **Photos or paintings by debtor** |
| **TV's (1)** |
| **Radio** |
| **Stereo** |
| **Radio Alarm Clock** |
| **Vacuum Cleaner** |
| **Couch** |
| **Kitchen Hutch** |
| **Coffee Table** |
| **Microwave** |
| **Mirrors** |
| **Small Appliances** |
| **Paintings, Art, Other decorative items** |
| **Patio Furniture** |
| **Pots & Pans** |
| **Cutlery** |
| **Refrigerator** |
| **Freezer** |
| **Washer** |
| **Dryer** |

**$4,000.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ■ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes.  Describe.....

| 9mm Ruger (1) | $200.00 |
|---|---|

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Clothing | $500.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ No
   ☐ Yes.  Describe.....

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| Dogs (4); Cats (2) | $300.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| $5,000.00 |
|---|

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.........................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................          Institution name:

| 17.1. | **Checking** | **Amazon Flex**<br>**Last Four Digits: 9350** | $1.19 |
|---|---|---|---|
| 17.2. | **Online Deposit Account** | **Cash App** | $0.00 |

| 17.3. | **Checking** | **Chase**<br>**Last Four Digits: 0702**<br>**(Non-filing spouse's bank account)** | $1,006.63 |
|---|---|---|---|
| 17.4. | **Savings** | **Chase**<br>**Last Four Digits: 9952** | $2,901.20 |
| 17.5. | **Checking** | **One Bank**<br>**Last Four Digits: 7551** | $0.00 |
| 17.6. | **Online Deposit Account** | **Venmo** | $0.00 |
| 17.7. | **Online Deposit Account** | **Venmo** | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................                        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                                   Name of entity:                              % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                           Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                       Type of account:              Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    | Amounts Attributable to EIC and CTC Credits on 2025 tax refund | Federal | Unknown |
    |---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☑ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value.
            Company name:        Beneficiary:        Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☑ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..............................................................................................................   | **$3,909.02** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................   | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |

55.  **Part 1: Total real estate, line 2** ..........................................................................................................   **$422,565.00**

| 56. | **Part 2: Total vehicles, line 5** | **$14,228.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$5,000.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$3,909.02** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |

62.  **Total personal property.** Add lines 56 through 61...   **$23,137.02**   Copy personal property total   **$23,137.02**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62   | **$445,702.02** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jessica Lacey Leishman** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | **4:25-bk-07304-SHG** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                     **4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **40655 W Crane Dr Maricopa, AZ 85138**<br>Line from *Schedule A/B*: **1.1** | $422,565.00 | ■ $182,658.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1101(A)** |
| **Kitchen Table & Chairs<br>Dining Room Table & Chairs<br>Living Room Couch<br>Living Room Chair<br>Coffee & End Tables<br>Lamps<br>Rugs<br>Beds<br>Bed Table<br>Dressers<br>Bedding<br>Bookshelves<br>Cabinets<br>Nightstands<br>Cooking Utensils<br>Desk(s)<br>Dishware<br>Draperies/Window Coveri**<br>Line from *Schedule A/B*: **6.1** | $4,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **9mm Ruger (1)**<br>Line from *Schedule A/B*: **10.1** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(10)** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(1)** |
| **Dogs (4); Cats (2)**<br>Line from *Schedule A/B*: **13.1** | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(11)** |
| **Checking: Chase**<br>**Last Four Digits: 0702**<br>**(Non-filing spouse's bank account)**<br>Line from *Schedule A/B*: **17.3** | **$1,006.63** | ☑ **$1,006.63**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(A)(9)**<br>**Non-filing Spouse's Exemption** |
| **Savings: Chase**<br>**Last Four Digits: 9952**<br>Line from *Schedule A/B*: **17.4** | **$2,901.20** | ☑ **$2,901.20**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(A)(9)** |
| **Federal: Amounts Attributable to EIC and CTC Credits on 2025 tax refund**<br>Line from *Schedule A/B*: **28.1** | **Unknown** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(A)(11)** |

3.  **Are you claiming a homestead exemption of more than $214,000?**
    (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor 1 | **Jessica Lacey Leishman** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | **4:25-bk-07304-SHG** |
| (if known) | |

☐ Check if this is an
   amended filing

<u>Official Form 106D</u>
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** Chase Mortgage | Describe the property that secures the claim: | $239,907.00 | $422,565.00 | $0.00 |

| | |
|---|---|
| Creditor's Name | **40655 W Crane Dr Maricopa, AZ 85138** |
| **Attn: Legal Correspondence Center 700 Kansas Ln Mail Code La4-7200 Monroe, LA 71203** | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent |
| Number, Street, City, State & Zip Code | ☐ Unliquidated<br>☐ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ☑ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit |
| ☐ Check if this claim relates to a community debt | ☐ Other (including a right to offset) _____ |

| | | | |
|---|---|---|---|
| Date debt was incurred | **Opened 07/21  Last Active 07/25** | Last 4 digits of account number | **7405** |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $239,907.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $239,907.00 |

### Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1   **Jessica Lacey Leishman**
             First Name           Middle Name           Last Name

Debtor 2
(Spouse if, filing)     First Name           Middle Name           Last Name

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number   **4:25-bk-07304-SHG**
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** | **Internal Revenue Service** | Last 4 digits of account number _____ | **$8,000.00** | **$8,000.00** | **$0.00**

Priority Creditor's Name
**Centralized Insolvency Operation**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   **2016-2022**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                    **Total claim**

| | | |
|---|---|---|
| 4.1 | **Affirm, Inc.** | Last 4 digits of account number   **AFOTLENV** _____   **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**650 California St, Fl 12**
**San Francisco, CA 94108**

When was the debt incurred?   **Opened 12/21  Last Active 8/29/22**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Unsecured** _____

---

| | | |
|---|---|---|
| 4.2 | **Affirm, Inc.** | Last 4 digits of account number   **KV99** _____   **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**650 California St, Fl 12**
**San Francisco, CA 94108**

When was the debt incurred?   **Opened 01/22  Last Active 8/29/22**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Unsecured** _____

---

| | | |
|---|---|---|
| 4.3 | **Affirm, Inc.** | Last 4 digits of account number   **PCK8** _____   **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**650 California St, Fl 12**
**San Francisco, CA 94108**

When was the debt incurred?   **Opened 08/21  Last Active 8/30/22**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Unsecured** _____

| | | |
|---|---|---|
| **4.4** | **Affirm, Inc.** | Last 4 digits of account number  **T6UW** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**650 California St, Fl 12**
**San Francisco, CA 94108**
Number Street City State Zip Code

When was the debt incurred?    **Opened 06/21  Last Active 12/01/21**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unsecured**

---

| | | |
|---|---|---|
| **4.5** | **Avant LLC** | Last 4 digits of account number  **1149** | **$492.53** |

Nonpriority Creditor's Name
**PO Box 1429**
**Carol Stream, IL 60132**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| | | |
|---|---|---|
| **4.6** | **Chimefinal** | Last 4 digits of account number  **9258** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 417**
**San Francisco, CA 94104**
Number Street City State Zip Code

When was the debt incurred?    **Opened 07/20  Last Active 1/31/23**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Line Secured**

| 4.7 | **Comenity Bank/Maurices** | Last 4 digits of account number | **3031** | **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**

When was the debt incurred?    **Opened 06/20  Last Active**
**6/02/22**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Charge Account**

---

| 4.8 | **Comenity/Big Lots** | Last 4 digits of account number | **9303** | **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**

When was the debt incurred?    **Opened 08/21  Last Active**
**02/22**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Charge Account**

---

| 4.9 | **Concora Credit** | Last 4 digits of account number | | **$1,156.64** |

Nonpriority Creditor's Name

**PO Box 84059**
**Columbus, GA 31908**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Collections for Mastercard**

---

| 4.10 | **Continental Finance Company** | Last 4 digits of account number | **6336** | $0.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**4550 New Linden Hill Rd**
**Wilmington, DE 19808**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened  7/21/17  Last Active 5/07/19**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

| 4.11 | **Credit Collection Services** | Last 4 digits of account number | **5590** | $50.45 |

Nonpriority Creditor's Name

**PO Box 10466**
**Greenville, SC 29603**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Collections for Orbitel Communications**

---

| 4.12 | **Credit One Bank** | Last 4 digits of account number | **6363** | $340.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**6801 Cimarron Rd**
**Las Vegas, NV 89113**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 05/25  Last Active 07/25**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

**4.13**

**Credit One Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**6801 Cimarron Rd**
**Las Vegas, NV 89113**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number　**9483**　　　　　**$0.00**

When was the debt incurred?　**Opened 12/15  Last Active 5/07/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Credit Card**

---

**4.14**

**Credit One Bank**
Nonpriority Creditor's Name

**Po Box 98872**
**Las Vegas, NV 89193**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number　**0761**　　　　　**$0.00**

When was the debt incurred?　**Opened 12/16  Last Active 5/07/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Credit Card**

---

**4.15**

**Current**
Nonpriority Creditor's Name

**217 Centre St**
**New York, NY 10013**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number　**D37D**　　　　　**$0.00**

When was the debt incurred?　**Opened 06/25  Last Active 06/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Credit Line Secured**

---

---

**4.1 6**

| | |
|---|---|
| **Discover Financial** | Last 4 digits of account number    **2486**        **$3,393.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 3025**
**New Albany, OH 43054**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **Opened 10/20  Last Active 5/28/24**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Credit Card**

---

**4.1 7**

| | |
|---|---|
| **Fingerhut** | Last 4 digits of account number    **4174**        **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **Opened 10/17  Last Active 02/22**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Charge Account**

---

**4.1 8**

| | |
|---|---|
| **First Premier Bank** | Last 4 digits of account number    **7401**        **$539.00** |

Nonpriority Creditor's Name

**3820 N Louise Ave**
**Sioux Falls, SD 57107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **Opened 09/23  Last Active 12/23**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Credit Card**

---

---

**4.19**

**Jpmcb**
Nonpriority Creditor's Name
**MailCode LA4-7100**
**700 Kansas Lane**
**Monroe, LA 71203**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **9281**                    **$940.00**

**When was the debt incurred?**   **Opened 08/21  Last Active 10/30/22**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

**4.20**

**Kikoff**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**75 Broadway**
**San Francisco, CA 94111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **QVG5**                    **$0.00**

**When was the debt incurred?**   **Opened 04/25  Last Active 5/21/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

**4.21**

**Kikoff Lending**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 40070**
**Reno, NV 89504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **QXOI**                    **$0.00**

**When was the debt incurred?**   **Opened 04/25  Last Active 5/01/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Line Secured**

---

Case 4:25-bk-07304-SHG    Doc 12    Filed 08/11/25    Entered 08/11/25 11:55:22    Desc
Main Document       Page 20 of 75

| 4.2 2 | **LA Laser Center PC - CBO** | Last 4 digits of account number **5286** | $93.38 |

Nonpriority Creditor's Name
**PO Box 515591**
**Los Angeles, CA 90051-4533**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Medical**

---

| 4.2 3 | **Labtech Diagnostics** | Last 4 digits of account number **4655** | $256.89 |

Nonpriority Creditor's Name
**12906 Flagship**
**San Antonio, TX 78247-3473**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Medical**

---

| 4.2 4 | **Labtech Diagnostics** | Last 4 digits of account number **2017** | $350.76 |

Nonpriority Creditor's Name
**12906 Flagship**
**San Antonio, TX 78247-3473**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Medical**

| | | |
|---|---|---|
| 4.2 5 | **Loancare Llc** | Last 4 digits of account number **2805** | **$0.00** |

**Loancare Llc**
Nonpriority Creditor's Name

**3637 Sentara Way**
**Virginia Beach, VA 23452**
Number Street City State Zip Code

When was the debt incurred?    **Opened 11/18  Last Active 10/25/19**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **FHA Real Estate Mortgage**

---

| | | |
|---|---|---|
| 4.2 6 | **LoanDepot** | Last 4 digits of account number **5344** | **$0.00** |

**LoanDepot**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**26642 Towne Center**
**Foothill Ranch, CA 92610**
Number Street City State Zip Code

When was the debt incurred?    **Opened  7/29/21  Last Active 9/06/22**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Real Estate Mortgage**

---

| | | |
|---|---|---|
| 4.2 7 | **Lvnv Funding/Resurgent Capital** | Last 4 digits of account number **2455** | **$1,175.00** |

**Lvnv Funding/Resurgent Capital**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 10497**
**Greenville, SC 29603**
Number Street City State Zip Code

When was the debt incurred?    **Opened 04/24  Last Active 04/22**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Factoring Company Account Synchrony Bank Care Credit**

---

Case 4:25-bk-07304-SHG    Doc 12    Filed 08/11/25    Entered 08/11/25 11:55:22    Desc
Main Document      Page 22 of 75

| 4.2 8 | **Maricopa Foot & Ankle** | Last 4 digits of account number  **9634** | **$265.53** |

**Maricopa Foot & Ankle**
Nonpriority Creditor's Name
**15810 South 45th Street Suite 190**
**Phoenix, AZ 85048-7697**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Medical**

---

| 4.2 9 | **Midland Credit Mgmt** | Last 4 digits of account number  **1196** | **$1,547.00** |

**Midland Credit Mgmt**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 939069**
**San Diego, CA 92193**
Number Street City State Zip Code

When was the debt incurred?  **Opened 08/22  Last Active 4/25/25**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Factoring Company Account Comenity Capital Bank**

---

| 4.3 0 | **Midland Credit Mgmt** | Last 4 digits of account number  **8838** | **$1,131.00** |

**Midland Credit Mgmt**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 939069**
**San Diego, CA 92193**
Number Street City State Zip Code

When was the debt incurred?  **Opened 12/24  Last Active 4/25/25**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Factoring Company Account Celtic Bank**

---

| 4.3 1 | **Midland Credit Mgmt** | Last 4 digits of account number | **4915** | $767.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 939069**
**San Diego, CA 92193**
Number Street City State Zip Code

When was the debt incurred?    **Opened 03/23  Last Active 4/25/25**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Other. Specify    **Factoring Company Account Comenity Bank**

---

| 4.3 2 | **Midland Credit Mgmt** | Last 4 digits of account number | **3968** | $739.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 939069**
**San Diego, CA 92193**
Number Street City State Zip Code

When was the debt incurred?    **Opened 08/22  Last Active 4/25/25**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Other. Specify    **Factoring Company Account Webbank**

---

| 4.3 3 | **MomDoc** | Last 4 digits of account number | **2249** | $40.00 |

Nonpriority Creditor's Name

**PO Box 6730**
**Chandler, AZ 85246-6638**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Other. Specify    **Medical**

---

| | |
|---|---|
| 4.3 4 | **NextCare Arizona** |

Nonpriority Creditor's Name

**Attn: Legal**
**2145 E. Baseline Rd., Suite 101**
**Tempe, AZ 85283-1503**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| | |
|---|---|
| 4.3 5 | **Onepay/ccb** |

Nonpriority Creditor's Name

**Po Box 513717**
**Los Angeles, CA 90051**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **7553**    $0.00

When was the debt incurred?  **Opened 12/24  Last Active 5/06/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Secured**

| | |
|---|---|
| 4.3 6 | **OppLoans** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**130 E Randolph St,  Ste 3400**
**Chicago, IL 60601**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **5097**    $2,393.00

When was the debt incurred?  **Opened 12/21  Last Active 02/22**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured**

| 4.3 7 | **Opportunity Financial, LLC** | Last 4 digits of account number | **8933** | **$0.00** |

Nonpriority Creditor's Name

**P.o. Box 5040**
**Fredericksburg, VA 22403**

Number Street City State Zip Code

**When was the debt incurred?**    **Opened 03/18  Last Active 08/18**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unsecured**

---

| 4.3 8 | **Opportunity Financial, LLC** | Last 4 digits of account number | **0210** | **$0.00** |

Nonpriority Creditor's Name

**130 East Randolph Street, Ste 3400**
**Suite 3400**
**Chicago, IL 60601**

Number Street City State Zip Code

**When was the debt incurred?**    **Opened 06/19  Last Active 04/20**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unsecured**

---

| 4.3 9 | **Opportunity Financial, LLC** | Last 4 digits of account number | **6488** | **$0.00** |

Nonpriority Creditor's Name

**130 East Randolph Street, Ste 3400**
**Suite 3400**
**Chicago, IL 60601**

Number Street City State Zip Code

**When was the debt incurred?**    **Opened 12/18  Last Active 06/19**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unsecured**

| 4.40 | | | |
|---|---|---|---|
| | **P&B Capital Group LLC** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**455 Center Rd**
**Buffalo, NY 14224**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify _____

---

| 4.41 | | | |
|---|---|---|---|
| | **Santander Consumer USA, Inc** | Last 4 digits of account number **1000** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 961245**
**Fort Worth, TX 76161**

When was the debt incurred? **Opened 09/21  Last Active 7/14/23**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify **Automobile**

---

| 4.42 | | | |
|---|---|---|---|
| | **Snap Diagnostics** | Last 4 digits of account number **5732** | **$275.00** |

Nonpriority Creditor's Name
**PO Box 371863**
**Pittsburgh, PA 15250-7863**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify **Medical**

---

---

| 4.4 3 | **Source Receivables Management** | Last 4 digits of account number | **4132** | **$541.65** |

Nonpriority Creditor's Name
**4615 Dundas Dr**
**Suite 102**
**Greensboro, NC 27407**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections for Synchrony Bank**

---

| 4.4 4 | **Synchrony Bank/Care Credit** | Last 4 digits of account number | **5593** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 12/11  Last Active 11/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.4 5 | **Synchrony Bank/Gap** | Last 4 digits of account number | **5954** | **$541.00** |

Nonpriority Creditor's Name

**Po Box 71727**
**Philadelphia, PA 19176**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 10/14/19  Last Active 5/24/24**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Case 4:25-bk-07304-SHG    Doc 12    Filed 08/11/25    Entered 08/11/25 11:55:22    Desc
Main Document    Page 28 of 75

| 4.4 6 | **Synchrony/Ashley Furniture Homestore** | Last 4 digits of account number | **9731** | $1,797.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

**Opened  8/01/21  Last Active 10/31/22**
When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**
- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Charge Account**

---

| 4.4 7 | **Synchrony/HSN** | Last 4 digits of account number | **7694** | $516.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965065**
**Orlando, FL 32896**
Number Street City State Zip Code

**Opened 10/04/16  Last Active 5/29/24**
When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**
- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Charge Account**

---

| 4.4 8 | **Upgrade, Inc.** | Last 4 digits of account number | **7948** | $2,177.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**275 Battery Street 23rd Floor**
**San Francisco, CA 94111**
Number Street City State Zip Code

**Opened 07/21  Last Active 03/22**
When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**
- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Check Credit Or Line Of Credit**

---

| 4.49 | **Upgrade, Inc.** | Last 4 digits of account number | **5619** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**275 Battery Street 23rd Floor**
**San Francisco, CA 94111**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 07/21  Last Active 02/22**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Unsecured**

---

| 4.50 | **Varo Bank, N.a.** | Last 4 digits of account number | **0222** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**77 Geary Street. Suite 515**
**San Francisco, CA 94108**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 12/22  Last Active 1/07/25**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Line Secured**

---

| 4.51 | **Velocity Investments LLC** | Last 4 digits of account number | **0178** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Velocity Asset Management Inc, Mgr**
**1800 Rte 34 N Bldg #4**
**Belmar, NJ 07719**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

| 4.5 2 | **VHS Outpatient Clinics, Inc** | Last 4 digits of account number | **3104** | **$10.00** |

Nonpriority Creditor's Name
**PO Box 18892**
**Belfast, ME 04915**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

| 4.5 3 | **Wakefield & Associates** | Last 4 digits of account number | **2290** | **$1,487.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**320 N Cedar Bluff Road Suite 300**
**Knoxville, TN 37923**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 03/23**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection Attorney Desert Medical Center Childre**

---

| 4.5 4 | **Zuwa Family Care** | Last 4 digits of account number | **8715** | **$100.00** |

Nonpriority Creditor's Name
**PO Box 1361**
**Maricopa, AZ 85139-1358**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address

**Johnson Mark LLC**
**Attn: Bankruptcy**
**PO Box 7811**
**Sandy, UT 84091-7811**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.27** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **0453**

---

**Part 4:**   Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 8,000.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. | $ 8,000.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 23,114.83 |
|  | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 23,114.83 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jessica Lacey Leishman** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | 4:25-bk-07304-SHG |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| **2.5** | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |

| Debtor 1 | Jessica Lacey Leishman | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number  4:25-bk-07304-SHG
(if known)

☐ Check if this is an
amended filing

# Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

  ☐ No
  ■ Yes.

  In which community state or territory did you live?  -NONE- . Fill in the name and current address of that person.

  _____
  Name of your spouse, former spouse, or legal equivalent
  Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br><br>_____<br>Number       Street<br>City                State                ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br><br>_____<br>Number       Street<br>City                State                ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jessica Lacey Leishman** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | **4:25-bk-07304-SHG** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | **Occupation** | **Self-Employed** | **Mechanic** |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 3,040.41 | $ 1,142.45 |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 1,179.90 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income. Specify:** | 8h.+ | $ 0.00 + | $ 0.00 |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 3,040.41 | $ 2,322.35 |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,040.41 + $ 2,322.35 = $ 5,362.76 |
|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____ 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies

12. $ 5,362.76

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1    **Jessica Lacey Leishman**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number    **4:25-bk-07304-SHG**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                               12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**        ■ No

    Do not list Debtor 1 and        ☐ Yes.   Fill out this information for
    Debtor 2.                                 each dependent..............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**        ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.        4. $            1,551.00

    **If not included in line 4:**

    4a.   Real estate taxes        4a. $            0.00
    4b.   Property, homeowner's, or renter's insurance        4b. $            0.00
    4c.   Home maintenance, repair, and upkeep expenses        4c. $            200.00
    4d.   Homeowner's association or condominium dues        4d. $            0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans        5. $            0.00

Case 4:25-bk-07304-SHG    Doc 12    Filed 08/11/25    Entered 08/11/25 11:55:22    Desc
Main Document        Page 37 of 75

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **550.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **110.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **250.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **600.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **80.00** |
| 10. | **Personal care products and services** | | 10. $ | **80.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **150.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **67.00** |
| | 15c. | Vehicle insurance | 15c. $ | **160.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:   **Tax Payments** | | 16. $ | **160.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **380.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **231.00** |
| | 17c. | Other. Specify:   **Attorney's fees for post-petition work** | 17c. $ | **275.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:   **MISC/EMERGENCY** | | 21. +$ | **100.00** |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **5,344.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **5,344.00** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | **5,362.76** |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | **5,344.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | **18.76** |
| 24. | **Do you expect an increase or decrease in your expenses within the year after you file this form?** For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage? | | | |

☑ No.

☐ Yes.   Explain here:

Case 4:25-bk-07304-SHG    Doc 12    Filed 08/11/25    Entered 08/11/25 11:55:22    Desc
Main Document        Page 38 of 75

Fill in this information to identify your case:

Debtor 1    **Jessica Lacey Leishman**
     First Name      Middle Name      Last Name

Debtor 2
(Spouse if, filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number    **4:25-bk-07304-SHG**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jessica Lacey Leishman**        X _____
   **Jessica Lacey Leishman**           Signature of Debtor 2
   Signature of Debtor 1

   Date   **August 11, 2025**          Date _____

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

| | |
|---|---|
| Debtor 1 | **Jessica Lacey Leishman** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | 4:25-bk-07304-SHG |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy      04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

■ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $17,224.41 | ☐ Wages, commissions, bonuses, tips | $14,741.69 |
| | ■ Operating a business | | ■ Operating a business | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips ■ Operating a business | $10,665.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2023 ) | ☐ Wages, commissions, bonuses, tips ■ Operating a business | $27,227.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $0.00 | **Social Security Benefits** | $9,439.20 |
| **For last calendar year:** (January 1 to December 31, 2024 ) | | $0.00 | **Social Security Benefits** | $5,755.00 |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?
    ☐ No.   Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

    ■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ■ No.   Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **LVNV Funding LLC v. Jessica Leishman** **CV2025000453** | **Judgment** | **Western Pinal Justice Court Attn Civil Filing Counter PO Box 201 Maricopa, AZ 85139** | ☐ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person

Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600
Charity's Name
Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss
Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid
Address
Email or website address
Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Goodman Law Practice PLC d/b/a Rock Law
PO Box 28365
Tempe, AZ 85285-8365
Jacob@rocklawaz.com** | **Filing Fee $338
Attorney Fees $12** | **08/06/2025** | **$350.00** |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid
Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Chase Bank**<br>**Attn: Bankruptcy**<br>**P.O. Box 182051**<br>**Columbus, OH 43218-2051** | XXXX-6993 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 07/25/2025 | $16.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 4:25-bk-07304-SHG    Doc 12    Filed 08/11/25    Entered 08/11/25 11:55:22    Desc
Main Document       Page 44 of 75

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ **No. None of the above applies.  Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**

☐ **Yes. Fill in the details below.**

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Jessica Lacey Leishman**                                        _____

**Jessica Lacey Leishman**                                             **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **August 11, 2025**                                           Date   _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jessica Lacey Leishman** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 4:25-bk-07304-SHG |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:   **Chase Mortgage**<br><br>Description of property securing debt:   **40655 W Crane Dr Maricopa, AZ 85138** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

### Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |

| Lessor's name: | | ☐ No |
| Description of leased Property: | | ☐ Yes |

| Lessor's name: | | ☐ No |
| Description of leased Property: | | ☐ Yes |

| Lessor's name: | | ☐ No |
| Description of leased Property: | | ☐ Yes |

| Lessor's name: | | ☐ No |
| Description of leased Property: | | ☐ Yes |

| Lessor's name: | | ☐ No |
| Description of leased Property: | | ☐ Yes |

<div style="background:black;color:white">Part 3:</div> **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Jessica Lacey Leishman**                         X _____

**Jessica Lacey Leishman**                                   Signature of Debtor 2
Signature of Debtor 1

Date   **August 11, 2025**                                  Date _____

<table>
<tr><td>

Fill in this information to identify your case:

**Debtor 1**    **Jessica Lacey Leishman**

**Debtor 2**
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Arizona

**Case number**   **4:25-bk-07304-SHG**
(if known)

</td><td>

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income
<div align="right">12/19</div>

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:   Calculate Your Current Monthly Income

**1. What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

■ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ■ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| **2.** | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $    **0.00** | $    **0.00** |
| **3.** | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $    **0.00** | $    **0.00** |
| **4.** | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $    **0.00** | $    **0.00** |

**5. Net income from operating a business, profession, or farm**

| | Debtor 1 | | Debtor 2 | | | |
|---|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | **2,870.74** | $ | **2,456.95** | | |
| Ordinary and necessary operating expenses | -$ | **451.67** | -$ | **1,314.50** | | |
| Net monthly income from a business, profession, or farm | $ | **2,419.06** | $ | **1,142.45** | Copy here -> $   **2,419.06** | $   **1,142.45** |

**6. Net income from rental and other real property**

| | | Debtor 1 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | **0.00** | | | |
| Ordinary and necessary operating expenses | -$ | **0.00** | | | |
| Net monthly income from rental or other real property | $ | **0.00** | Copy here -> $   **0.00** | $   **0.00** |

| **7.** | **Interest, dividends, and royalties** | | | $   **0.00** | $   **0.00** |
|---|---|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 4:25-bk-07304-SHG    Doc 12    Filed 08/11/25    Entered 08/11/25 11:55:22    Desc
Main Document     Page 49 of 75

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $          0.00 | $          0.00 |

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you                                                         $ _____ **0.00**
For your spouse                                          $ _____ **0.00**

9. **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act. Also, except as stated in the next sentence, do
not include any compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If you received any retired
pay paid under chapter 61 of title 10, then include that pay only to the extent that it
does not exceed the amount of retired pay to which you would otherwise be entitled
if retired under any provision of title 10 other than chapter 61 of that title.

|  | Column A | Column B |
|---|---|---|
| 9. | $          0.00 | $          0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act; payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If necessary, list other
sources on a separate page and put the total below..

| . _____ | $          0.00 | $          0.00 |
|---|---|---|
| _____ | $          0.00 | 0.00 |
| Total amounts from separate pages, if any. | + $          0.00 | $          0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.

| | | |
|---|---|---|
| $   **2,419.06** | + $   **1,142.45** | = $   **3,561.51** |

**Total current monthly
income**

<hr>

**Part 2:**       Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ................................. **Copy line 11 here=>**    $   **3,561.51**

Multiply by 12 (the number of months in a year)                                                                           **x  12**

12b. The result is your annual income for this part of the form                                               12b.  $   **42,738.12**

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                          **AZ**

Fill in the number of people in your household.          **2**

Fill in the median family income for your state and size of household. ............................     13.  $   **85,476.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.    ■    Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
                 Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.    ☐    Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
                 Go to Part 3 and fill out Form 122A–2.

**Part 3:**       Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X  /s/ Jessica Lacey Leishman** _____
       **Jessica Lacey Leishman**
       Signature of Debtor 1

Date   **August 11, 2025**

MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **02/01/2025** to **07/31/2025**.

### Line 5 - Income from operation of a business, profession, or farm
Source of Income: **Amazon Flex**
Income/Expense/Net by Month:

|  | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 02/2025 | $0.00 | $0.00 | $0.00 |
| 5 Months Ago: | 03/2025 | $0.00 | $0.00 | $0.00 |
| 4 Months Ago: | 04/2025 | $0.00 | $0.00 | $0.00 |
| 3 Months Ago: | 05/2025 | $1,268.00 | $300.00 | $968.00 |
| 2 Months Ago: | 06/2025 | $2,660.00 | $600.00 | $2,060.00 |
| Last Month: | 07/2025 | $980.00 | $280.00 | $700.00 |
| Average per month: | | $818.00 | $196.67 | |
| Average Monthly NET Income: | | | | $621.33 |

### Line 5 - Income from operation of a business, profession, or farm
Source of Income: **Instacart**
Income/Expense/Net by Month:

|  | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 02/2025 | $1,701.11 | $210.00 | $1,491.11 |
| 5 Months Ago: | 03/2025 | $852.31 | $150.00 | $702.31 |
| 4 Months Ago: | 04/2025 | $1,899.83 | $250.00 | $1,649.83 |
| 3 Months Ago: | 05/2025 | $1,737.09 | $200.00 | $1,537.09 |
| 2 Months Ago: | 06/2025 | $341.71 | $50.00 | $291.71 |
| Last Month: | 07/2025 | $468.09 | $50.00 | $418.09 |
| Average per month: | | $1,166.69 | $151.67 | |
| Average Monthly NET Income: | | | | $1,015.02 |

### Line 5 - Income from operation of a business, profession, or farm
Source of Income: **Spark**
Income/Expense/Net by Month:

|  | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 02/2025 | $735.73 | $100.00 | $635.73 |
| 5 Months Ago: | 03/2025 | $1,805.04 | $150.00 | $1,655.04 |
| 4 Months Ago: | 04/2025 | $374.08 | $100.00 | $274.08 |
| 3 Months Ago: | 05/2025 | $75.48 | $20.00 | $55.48 |
| 2 Months Ago: | 06/2025 | $230.55 | $100.00 | $130.55 |
| Last Month: | 07/2025 | $2,095.39 | $150.00 | $1,945.39 |
| Average per month: | | $886.05 | $103.33 | |
| Average Monthly NET Income: | | | | $782.71 |

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **02/01/2025** to **07/31/2025**.

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **Mechanic**
Income/Expense/Net by Month:

|              | Date       | Income     | Expense    | Net        |
|--------------|------------|------------|------------|------------|
| 6 Months Ago: | 02/2025   | $4,587.00  | $2,587.00  | $2,000.00  |
| 5 Months Ago: | 03/2025   | $2,069.88  | $1,500.00  | $569.88    |
| 4 Months Ago: | 04/2025   | $3,377.00  | $2,000.00  | $1,377.00  |
| 3 Months Ago: | 05/2025   | $652.81    | $400.00    | $252.81    |
| 2 Months Ago: | 06/2025   | $2,390.00  | $1,000.00  | $1,390.00  |
| Last Month:   | 07/2025   | $1,665.00  | $400.00    | $1,265.00  |
| Average per month: |       | $2,456.95  | $1,314.50  |            |
| Average Monthly NET Income: |  |        |            | $1,142.45  |

**Non-CMI - Social Security Act Income**
Source of Income: **Social Security**
Constant income of **$1,179.90** per month.

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## District of Arizona

In re **Jessica Lacey Leishman**                    Case No. **4:25-bk-07304-SHG**
_____        Chapter **7**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3100.00** |
| Prior to the filing of this statement I have received | $ | **350.00** |
| Balance Due | $ | **2750.00** |

2.   The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**-adversary proceedings, dischargeability actions and other contested bankruptcy matters**
**-municipal, county, state or other local jurisdiction court matters**
**-tax matters**
**-efforts to discharge student loans**
**-creditor violations of the automatic stay, discharge injunction or Fair Credit Reporting Act**

7. The Fees described above include the filing fee.

8. Counsel offered debtor(s) two options for the payment of counsel's fees: (1) pre-pay the fees in full prior to the Chapter 7 bankruptcy petition being filed, or (2) bifurcate the attorney services into pre- and post-petition work in order to facilitate the debtor(s) obtaining the benefit of being filed right away and making payments post-petition for the post-petition work. Counsel charged the same attorney fee for these two options.

9. Debtor and counsel entered into two, separate fee agreements for pre- and post-petition work.

a. Debtor(s) signed a pre-filing agreement for the minimum work required under the Bankruptcy Code and Rules to commence the case. The pre-filing agreement advised the debtor(s) that if Counsel had performed this work hourly, it would have a value of $1,455.00. Any amount paid by debtor(s) prior to the petition being filed was credited: 1) first to the filing fee, 2) second to the value of the pre-filing work and 3) third to a prepayment of the anticipated fee for Counsel's post-filing work. Any amount that debtor(s) paid prior to the petition being filed is listed above in Section 1 as "Prior to the filing of this statement I have received." Any portion of the value of Counsel's pre-filing work not paid by debtor(s) as described above has been waived by Counsel.

b. Debtor(s) signed a post-filing agreement after the petition was filed for the remaining work needed to represent debtor(s) to a successful conclusion of their chapter 7 case. Any portion of Counsel's fees not waived or paid by debtor(s) prior to the filing are reflected in Section 1 above as the "Balance Due." The second fee agreement allows the debtor(s) to pay this Balance Due in installments over 10 months following the bankruptcy filing.

10. Counsel has fully informed debtor(s) and obtained their informed consent to the bifurcation of services.

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 11, 2025** | **/s/ Jacob R. Goodman** |
| *Date* | **Jacob R. Goodman 028816** |
| | *Signature of Attorney* |
| | **Goodman Law Practice PLC d/b/a Rock Law Firm** |
| | **PO Box 28365** |
| | **Tempe, AZ 85285-8365** |
| | **(480) 605-4409  Fax: (602) 491-2062** |
| | **Jacob@rocklawaz.com** |
| | *Name of law firm* |



**ROCK LAW**
**BANKRUPTCY ATTORNEYS**

Physical: 1222 E Baseline Rd, Suite 102, Tempe, AZ 85283
Mail: PO Box 28365 Tempe, Arizona 85285-8365
Jacob@RockLawAZ.com

Phone: (480) 605-4409
Facsimile: (480) 937-2320
www.RockLawAZ.com

<u>**Pre-Filing Agreement**</u>

Name: Jessica Leishman

By signing this agreement, you are hiring Goodman Law Practice PLC d/b/a Rock Law Bankruptcy Attorneys (the "Law Firm") to represent you in a chapter 7 bankruptcy. This agreement describes the legal services we will provide to you and the financial and other terms of this relationship. Please read this agreement carefully and ask us any questions you have about it.

## A. OUR SERVICES

This agreement gives you two options to pay our fee for representing you (**Pay Up Front** or **Pay Over Time**), but before you make that choice, we want you to understand the work that's involved in a chapter 7 case. That work is divided into the minimum work that is required to file your chapter 7 case, and everything else that is needed to successfully complete your case.

### <u>*Required Minimum Work to File Your Case*</u>

The following services <u>must</u> be performed in order to file your chapter 7 case, <u>but are not all of the services that you will need to successfully complete your case.</u>

• Meeting and consulting with you as needed prior to filing your case;

• Reviewing and analyzing the information from your intake questionnaire and other documents;

• Providing due diligence, legal analysis and legal advice in order to help you make important legal choices and to comply with the bankruptcy code and rules;

1

- Preparing and filing your Chapter 7 Voluntary Petition, Statement about Social Security Numbers, Pre-Filing Credit Counseling Certificate, List of Creditors and any other documents required by local rules to start your Chapter 7 case; and,

- Meeting with you to review your Petition and related documents and have you sign them before we file your case.

If the law firm were to bill you hourly for the Required Minimum Work to File Your Case, it estimates the total value of this work to be $1,455.00. This estimate is provided for your information, and our actual financial terms are described below.

### *Work That Is or May Be Required to Complete Your Case*

The following services (the "Remaining Services") will or may be required to complete your chapter 7 case. Some of these services are required in every case and are indicated by the word "*Required*." Other items in this list may or may not be required in your case, depending on your circumstances and how the case develops, but will be provided to you if needed for no additional fee. Depending on your situation, the Law Firm may provide some of these services prior to filing your chapter 7 case.

- Preparing and filing your Statement of Financial Affairs and Schedules of Assets and Liabilities and filing any necessary amendments to them (*Required*);

- Preparing and filing your Means Test calculations and disclosures (*Required*);

- Meeting with you to review your statements and schedules and have you sign them before we file them (*Required*);

- Preparing for and attending your Section 341 Meeting of Creditors, including any continuation of the Meeting (*Required*);

- Administrating and monitoring your case and communicating with you throughout the process (*Required*);

- Forwarding the Trustee Questionnaire and debtor documents to the Trustee (*Required*);

- Reviewing and responding to Trustee requests (*Required*);

- Noticing your employer to stop any garnishments;

- Reviewing and advising you about any turnover demands from the Trustee;

- Reviewing and advising you about any Rule 2004 examinations and attending such an examination;

- Reviewing and advising you about any audit of your case by the United States Trustee;

- Drafting or responding to claims or objections to claims;

- Preparing and filing a motion to reinstate your case if it is dismissed;

- Reviewing and advising you regarding any motions for stay relief;

- Reviewing, advising you about, negotiating and attending any hearing about a proposed reaffirmation agreement;

- Reviewing and advising you about any lien avoidance matters;

- Reviewing and advising you regarding any creditor violations; and

- Any other legal service required by the local rules (*Required*).

If the law firm were to bill you hourly for these additional services, it estimates the total value of this work to be $2,645.00. This estimate is provided for your information, and our actual financial terms are described below.

### Excluded Services

Unless we specifically agree in writing below, or unless local rules require it, the following services are excluded from the work that the Law Firm is agreeing to provide you:

- Representing you in any adversary proceeding, dischargeability challenge, motions for redeeming personal property, motions to avoid lien, motions to abandon assets, or other contested matters;

- Representing you in any municipal, county, state or other local-jurisdiction court matters;

- Representing you in any tax matters (we recommend that you consult with a tax specialist about any tax matters, including whether you should delay filing a bankruptcy in order to discharge any tax obligations);

- Representing you in any effort to discharge student loans; and,

- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

If the Law Firm is agreeing in this agreement to provide any Excluded Services, they are limited to the following: _____

_____

Should the need for any other Excluded Services arise during our representation of you, we will be happy to discuss handling these additional matters for you under a separate agreement and for a separate fee.

## B. YOUR OPTIONS TO PAY OUR FEE AND THE COSTS OF YOUR CASE

### The Court's Filing Fee

The bankruptcy court requires you to pay a $338 fee to file your case. We add $12.00 to this fee to cover card processing fees. Total of $350. Please select an option for payment of your filing fee:

☑ I will pay the filing fee in full prior to my case being filed.

☐ I intend to select the "Pay Over Time" option to pay my attorney fee and would like the Law Firm to advance my filing fee for me and I will repay this advance as part of my installment payment plan to the Law Firm.

### Your Attorney Fee and the Pay Over Time Option

Under this agreement, you will have the option—if you choose—to pay some or all of your attorney fee (and, possibly, costs) over time, but still have us go to work immediately to get your chapter 7 case filed. You will be charged the same amount for either option.

If you choose to pay your entire fee up front (the "Pay Up Front" option, below), we will provide you with all of the Remaining Services (described above) which includes all of the services needed to successfully complete your chapter 7 case, and this will be the only agreement between us.

If you choose to pay some or all of your fee over time (the "Pay Over Time" option, below), we will provide you with at least the "Required Minimum Work to File Your Case" (described above) under this Pre-Filing Agreement, and will provide you with the Remaining Services (also described above) under a separate Post-Filing Agreement that you must sign after we file your chapter 7 case. Under this option, we have to split

3

our services into two, separate agreements and you have to sign the second agreement after your bankruptcy case is filed so that your obligation to pay our fee is not discharged in your bankruptcy case. You will be provided with a copy of the proposed Post-Filing Agreement before you sign this Pre-Filing Agreement, and we encourage you to review it and ask any question about it that you may have. After your case is filed, you will have three choices:

- you can represent yourself in your bankruptcy case (called "proceeding *pro se*");
- you can hire another attorney to represent you in your bankruptcy case; or,
- you can enter into a **Post-Filing Agreement** with us to complete your case.

If you choose not to sign a Post-Filing Agreement after the Law Firm has filed your bankruptcy case, the Law Firm (so long as local rules allow it) will ask the bankruptcy court for permission to withdraw from representing you. Until and unless the bankruptcy court allows the Law Firm to withdraw, we will continue to represent you and provide the Remaining Services to you as described in this Pre-Filing Agreement.

If you choose the Pay Over Time option but choose to make a Down Payment to reduce the amount that you pay over time, we will credit your Down Payment in the following order: 1) first, to your Court filing fee; 2) second, to the value of the Required Minimum Work to File Your Case; and, 3) third, as a prepayment of the attorney fee for the Remaining Services. If your Down Payment is less than would be needed to pay the entire value of the Required Minimum Work to File Your Case, ***we will waive any unpaid amount for those services and you will owe us nothing more for that work***.

If you choose the Pay Over Time option, you are doing it with the understanding that the Law Firm is ready, willing and able to represent you for your entire bankruptcy case despite needing to split our services into two separate agreements in order to make the Pay Over Time option available to you. You have indicated to the Law Firm that you are selecting the Pay Over Time option solely to be able to pay some or all of your attorney fee over time, and not because you wish to have the Law Firm simply file your bankruptcy case and not represent you for the balance of the case. You also have indicated to the Law Firm that the Pay Over Time structure that you have chosen below is in your financial best interest, as opposed to selecting the Pay Up Front Option, and that even if your bankruptcy documents show that your expenses exceed your income, you believe that you can make the agreed installment payments.

**CHOOSE ONE:**

☐    ***The Pay Up Front Option***

If you choose the Pay-Up-Front option, your total financial obligation is as follows:

Attorney Fee:            $2,750.00_____

Filing Fee:               $350.00_____

Rescheduled post:        $250.00 (if applicable)*

**TOTAL FEES AND COSTS:**        **$3,100.00_____**

* If your post-filing appointment cannot be completed and a second one must be scheduled on account of your failure to provide us the necessary documents as listed in the "Complete Document List", an additional fee of $250.00 will be applied to your total bill to cover the loss of attorney and/or paralegal time by needing a second post-filing appointment.

Under this option, the Total Fees and Costs must be paid in full before we will file your chapter 7 bankruptcy (subject to the availability of a court-approved installment plan for the filing fee).

✓ ***The Pay Over Time Option***

If you choose the Pay Over Time option, your total financial obligation is as follows:

| | |
|---|---|
| Attorney Fee: | $2,750.00 |
| Filing Fee: | $350.00 |
| Rescheduled post: | $250.00 (if applicable)*(see above) |
| **TOTAL FEES AND COSTS:** | **$3,100.00** |
| Down Payment: | $ 350.00 *(must be paid in full prior to filing)* |
| Pay-Over-Time Balance: | $ 2,750.00 |

Under this option, your agreed Down Payment (if any) must be paid in full before we will file your chapter 7 bankruptcy. The Total Paid Over Time will be paid over 10 months pursuant to the terms of the Post-Filing Agreement that you will sign after we file your chapter 7 bankruptcy. You will have the option to pay the Total Paid Over Time in equal weekly, biweekly, semi-monthly or monthly installment payments, depending on what is most convenient for you. Your first payment will be due no later than 30 days of signing the Post-Filing Agreement on a date that you choose.

***There are important disclosures below about the Pay Over Time option that you should read very carefully before selecting this option.***

## C. <u>IMPORTANT INFORMATION ABOUT THE PAY OVER TIME OPTION</u>

If you select the Pay Over Time option and sign a Post-Filing Agreement. It is important that you understand and agree to certain terms:

1. <u>Collection Actions and Jurisdiction</u>. If you do not pay the funds owed under the Post-Filing Agreement, The Law Firm could pursue collection activities against you, which could include turning over your account to a collection agency or suing you to collect what is owed, plus additional attorney fees and collection costs.

   a. If you miss more than two (2) consecutive payments, we may begin a collection action against you.

   b. If a lawsuit is filed against you for collection, you agree to jurisdiction in Maricopa County, Arizona, meaning that the lawsuit may be filed in Maricopa county.

   c. In pursuit of these collections, you agree that we may contact you through your social media accounts.

   d. If we obtain a judgment against you, you may be subject to wage and bank account garnishments.

2. <u>Negative Credit Reporting</u>. While the Pay Over Time option provides an opportunity for you to begin rehabilitating your credit immediately after filing bankruptcy, if you fail to make payments as agreed in the Post-Filing Agreement, the Law Firm can report negatively on your credit.

5

3. <u>Consents and Conflicts of Interest</u>. If you choose the Pay Over Time option, there may be some potential for certain conflicts of interest with you. A conflict of interest is a situation where the Law Firm's interests and your interests are, or could become, in conflict. By signing below, you acknowledge being informed of, and consent to, the following:

    a. If you choose the Pay Over Time option above and the Law Firm files your bankruptcy case, but then you fail or refuse to sign a Post-Filing Agreement, the Law Firm may ask to withdraw from representing you. You may not want the Law Firm to withdraw, which would place your wishes at odds with the Law Firm's actions.

    b. If you choose the Pay Over Time option above and sign a Post-Filing Agreement, you will be promising to pay make post-filing payments that will not be discharged in your bankruptcy.

    c. If a non-waivable conflict of interest should arise (meaning one that is so serious that the Law Firm cannot ask you to consent to it), the Law Firm will have to withdraw from representing you.

## D. <u>YOUR OBLIGATIONS TO THE LAW FIRM, THE BANKRUPTCY COURT AND THE TRUSTEE</u>

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

1. **Providing Information and Documents to the Law Firm**. For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors after we file your case, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

2. **Credit Counseling and Financial Management Courses**. Before your case is filed, you must complete a credit counseling course and provide the Law Firm with a certificate proving that the course has been completed, and failing to do this will result in your case being dismissed. After your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course also has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

3. **Cooperating with the Chapter 7 Trustee**. The Bankruptcy Court will appoint a chapter 7 trustee for your case. The trustee will have various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors. By signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

4. **Your Creditor's Meeting and Other Examinations**. Every person who files a chapter 7 case must attend a required hearing called the "first meeting of creditors" or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo

ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent hearings before the Trustee or Judge.

## E. <u>ADDITIONAL IMPORTANT TERMS</u>

1. <u>$350 filing fee</u>. The $350 filing fee will remain in the Firm's trust account for sixty (60) days or until the case is filed. If the case is not filed after sixty (60) days, the $350 will be considered earned and moved to the Firm's operating account to cover the costs associated with maintaining your file, any credit report orders, and the staff's time in following up with you prior to filing. If you ultimately file bankruptcy, we will still apply $350 towards the Court's filing costs and will not require you to pay this fee again.

2. <u>Chapter 13</u>. After further analysis and review of your financial situation, the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

3. <u>Required Disclosures</u>. By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code within three business days from when the Law Firm first offered to provide bankruptcy services.

4. <u>Credit Reports</u>. In order to ensure that all of your creditors are listed in your Bankruptcy schedules, the Law Firm must obtain a credit report covering all three major credit reporting bureaus. By signing this agreement, you authorize the Law Firm to obtain such credit reports.

5. <u>Credit Cards and Non-Dischargeable Debts</u>. From this point forward, you must not charge anything to any of your credit cards or incur additional debt without first consulting with the Law Firm. Incurring further debt by use of credit cards or other means will result in significant problems in your bankruptcy. Any debt incurred 90 days prior to the filing of the bankruptcy may not be dischargeable. Also, obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

6. <u>No Right to Dismissal of Your Case</u>. By signing below you acknowledge that you understand that once your chapter 7 has been filed, you may not be able to voluntarily dismiss your case.

7. <u>Arbitration of Fee Disputes</u>. If the applicable State Bar offers a fee arbitration program and a dispute arises between you and us regarding our fees, we both agree to resolve that dispute through the

State Bar's fee arbitration program.  Either party may initiate fee arbitration by contacting the State Bar.

8.  <u>Electronic Data</u>. You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner.  The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address.  You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

9.  <u>File Retention</u>. You understand that the Law Firm will only retain your client file for 5 years.  Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

10.  <u>No Legal Advice Concerning this Agreement</u>. While the Law Firm has provided you with legal advice concerning your situation and the availability and advisability of filing a bankruptcy case, under the Rules of Professional Conduct it cannot act as your counsel in advising you whether or not to sign this agreement to hire the Law Firm. We will be happy to explain this agreement in detail and to answer any questions that you may have, but ultimately the decision to hire the Law Firm is one that the Law Firm itself cannot advise you in making.

11.  <u>Contract valid for one year</u>. This contract will be valid for one year form the date of execution, or until a termination letter is sent to the client.

"We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

ID qAdoMHLtvyXLBaxf9EGysYrD

_____  8/1/2025          _____
Client                                 Date                              Client                                   Date

ID X4FXeU7E62tmukXAEt62sni4

_____  8/1/2025
Attorney                             Date



Physical: 1222 E Baseline Rd, Suite 102, Tempe, AZ 85283
Mail: PO Box 28365 Tempe, Arizona 85285-8365
Jacob@RockLawAZ.com

Phone: (480) 605-4409
Facsimile: (480) 937-2320
www.RockLawAZ.com

## Post-Filing Agreement

Name: Jessica Leishman

By signing this agreement, you are hiring Goodman Law Practice PLC d/b/a Rock Law Bankruptcy Attorneys (the "Law Firm") to continue representing you in your pending chapter 7 bankruptcy that was commenced pursuant to the Pre-Filing Agreement between us. This agreement describes the post-filing legal services we will provide to you and the financial and other terms of this continuing relationship. Please read this agreement carefully and ask us any questions you have about it.

## A.  OUR SERVICES

This agreement involves our providing you with post-filing services that are required to successfully complete your case. We provided the "Required Minimum Work to File Your Case" pursuant to the Pre-Filing Agreement, and may also have provided some of the services listed below, depending on the specific needs of your case.

The following services (the "Remaining Services") will or may be required to complete your chapter 7 case. Some of these services are required in every case and are indicated by the word "*Required*." Other items in this list may or may not be required in your case, depending on your circumstances and how the case develops, but will be provided to you if needed for no additional fee.

- Preparing and filing your Statement of Financial Affairs and Schedules of Assets and Liabilities and filing any necessary amendments to them (*Required*);

- Preparing and filing your Means Test calculations and disclosures (*Required*);

- Meeting with you to review your statements and schedules and have you sign them before we file them (*Required*);

1

- Preparing for and attending your Section 341 Meeting of Creditors, including any continuation of the Meeting (*Required*);

- Administrating and monitoring your case and communicating with you throughout the process (*Required*);

- Forwarding the Trustee Questionnaire and debtor documents to the Trustee (*Required*);

- Reviewing and responding to Trustee requests (*Required*);

- Noticing your employer to stop any garnishments;

- Reviewing and advising you about any turnover demands from the Trustee;

- Reviewing and advising you about any Rule 2004 examinations and attending such an examination;

- Reviewing and advising you about any audit of your case by the United States Trustee;

- Drafting or responding to claims or objections to claims;

- Preparing and filing a motion to reinstate your case if it is dismissed;

- Reviewing and advising you regarding any motions for stay relief;

- Reviewing, advising you about, negotiating and attending any hearing about a proposed reaffirmation agreement;

- Reviewing and advising you about any lien avoidance matters;

- Reviewing and advising you regarding any creditor violations; and

- Any other legal service required by the local rules (*Required*).

If the law firm were to bill you hourly for these services, it estimates the total value of this work to be $2,645.00. This estimate is provided for your information, and our actual financial terms are described below.

### *Excluded Services*

Unless we specifically agree in writing below, or unless local rules require it, the following services are excluded from the work that the Law Firm is agreeing to provide you:

- Representing you in any adversary proceeding, dischargeability challenge, motions for redeeming personal property, motions to abandon assets, or other contested matters;

- Representing you in any municipal, county, state or other local-jurisdiction court matters;

- Representing you in any tax matters (we recommend that you consult with a tax specialist about any tax matters, including whether you should delay filing a bankruptcy in order to discharge any tax obligations);

- Representing you in any effort to discharge student loans; and,

- Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.

If the Law Firm is agreeing in this agreement to provide any Excluded Services, they are limited to the following: _____

_____

Should the need for any other Excluded Services arise during our representation of you, we will be happy to discuss handling these additional matters for you under a separate agreement and for a separate fee.

2

## B. _OUR FEE TO COMPLETE YOUR CHAPTER 7 BANKRUPTCY_

### _The Court's Filing Fee_

The bankruptcy court required a $338 fee to file your case. We added $12.00 to this fee to cover card processing fees. Total of $350. Please select the applicable option:

☑ I paid the filing fee in full prior to my case being filed.

☐ In the Pre-Filing Agreement, I asked the Law Firm to advance my filing fee for me and I will repay this advance as part of my installment payment plan to the Law Firm.

### _Your Attorney Fee and the Pay Over Time Option_

Because you chose the Pay Over Time option under your Pre-Filing Agreement with us, you have elected to pay some or all of your attorney fee (and, possibly, costs) over time.

You have previously indicated to the Law Firm, and reiterate here, that the Pay Over Time structure that you have chosen below is in your financial best interests, as opposed to selecting the Pay Up Front Option, and that even if your bankruptcy documents show that your expenses exceed your income, you believe that you can make the agreed installment payments.

### _The Pay Over Time Terms_

| | |
|---|---|
| Post-Filing Attorney Fee: | $2,750.00 |
| Filing Fee: | $350.00 |
| Rescheduled post | $ 250.00 (if applicable) |
| **Total Fees and Costs:** | **$3,100.00** |
| Pre-Filing Down Payment: | $ 350.00 _(must be paid in full prior to filing)_ |
| **Total Paid Over Time** | $ 2,750.00 |

We received your agreed Down Payment (if any) before we filed your chapter 7 bankruptcy. The Total Paid Over Time will be paid over ten months in equal weekly, biweekly, semi-monthly or monthly installment payments [_please note that the installment amounts below may not total exactly your Total Paid Over Time and your final installment payment will be of your remaining balance, which may be slightly more or less than the other installments_].

**CHOOSE ONE**:

☑ **Monthly Payments**: 10 monthly installments of $ 275 on the 10th [day of the month] of every month starting on September 10, 2025 [date] (starting date must be within 30 days of the date of this agreement)

☐ **Twice-Monthly Payments**: 20 semi-monthly installments of $_____ on the_____ [day of the month] and_____ [day of the month] of every month starting on _____ [date] (starting date must be within 30 days of the date of this agreement)

☐ **Every-Other-Week Payments**: 22 installments of $_____ every other week on_____ [day of the week] starting on _____ [date] (starting date must be within 30 days of the date of this agreement)

3

☐   **Weekly Payments**: 44 installments of $_____ every week on_____ [day of the week] starting on _____ [date] (starting date must be within 30 days of the date of this agreement)

*There are important disclosures below about the Pay Over Time option that you should read very carefully before signing this agreement.*

## C. IMPORTANT INFORMATION ABOUT THE PAY OVER TIME OPTION

If you select the Pay Over Time option and sign a Post-Filing Agreement. It is important that you understand and agree to certain terms:

1. Collection Actions and Jurisdiction. If you do not pay the funds owed under the Post-Filing Agreement, The Law Firm could pursue collection activities against you, which could include turning over your account to a collection agency or suing you to collect what is owed, plus additional attorney fees and collection costs.

   a. If you miss more than two (2) consecutive payments, we may begin a collection action against you.

   b. If a lawsuit is filed against you for collection, you agree to jurisdiction in Maricopa County, Arizona, meaning that the lawsuit may be filed in Maricopa county.

   c. In pursuit of these collections, you agree that we may contact you through your social media accounts.

   d. If we obtain a judgment against you, you may be subject to wage and bank account garnishments.

2. Negative Credit Reporting. While the Pay Over Time option provides an opportunity for you to begin rehabilitating your credit immediately after filing bankruptcy, if you fail to make payments as agreed in the Post-Filing Agreement, the Law Firm can report negatively on your credit.

3. Consents and Conflicts of Interest. If you choose the Pay Over Time option, there may be some potential for certain conflicts of interest with you. A conflict of interest is a situation where the Law Firm's interests and your interests are, or could become, in conflict. By signing below, you acknowledge being informed of, and consent to, the following:

   a. If you choose the Pay Over Time option above and the Law Firm files your bankruptcy case, but then you fail or refuse to sign a Post-Filing Agreement, the Law Firm may ask to withdraw from representing you. You may not want the Law Firm to withdraw, which would place your wishes at odds with the Law Firm's actions.

   b. If you choose the Pay Over Time option above and sign a Post-Filing Agreement, you will be promising to pay make post-filing payments that will not be discharged in your bankruptcy.

   c. If a non-waivable conflict of interest should arise (meaning one that is so serious that the Law Firm cannot ask you to consent to it), the Law Firm will have to withdraw from representing you.

## D. YOUR OBLIGATIONS TO THE LAW FIRM, THE BANKRUPTCY COURT AND THE TRUSTEE

Filing a chapter 7 bankruptcy obligates you to provide documents and information to the Law Firm, the Bankruptcy Court and the Trustee. You also must participate in meetings and hearings and complete certain requirements in order to finish the case and receive a discharge of your debts. More specifically:

1. **Providing Information and Documents to the Law Firm**. For the Law Firm to fully represent your interests, you must timely provide the Law Firm with complete and truthful information and required documents, including about all property in which you have an ownership interest, and all debts you owe (secured or unsecured) and any other information regarding your financial affairs. The Law Firm is not responsible for collecting such information from your files or directly from your creditors or the public record. Complete, accurate and reliable information from you is absolutely necessary (including complete and accurate addresses for your creditors). Not all creditors are listed in your credit reports and you are responsible for making sure all your creditors are listed in the petition with correct addresses. If you wish to add creditors after we file your case, you must notify us in writing no later than 45 days after your meeting of creditors described below. You agree not to submit original documents to the Law Firm and authorize the Law Firm to digitize any documents you submit and then destroy the paper form.

2. **Credit Counseling and Financial Management Courses**. Before your case is filed, you must complete a credit counseling course and provide the Law Firm with a certificate proving that the course has been completed, and failing to do this will result in your case being dismissed. After your case is filed, you must complete a second, required financial management course and provide the Law Firm with a certificate proving that this course also has been completed, and failing to do this will delay or prevent you from receiving your discharge and ultimately result in your case being dismissed.

3. **Cooperating with the Chapter 7 Trustee**. The Bankruptcy Court will appoint a chapter 7 trustee for your case. The trustee will have various rights and duties, including the duty to investigate your financial affairs (such as the value of your assets), and the right to sell non-exempt assets to pay your creditors. By signing below, you acknowledge that you understand you have a duty to cooperate with the chapter 7 trustee.

4. **Your Creditor's Meeting and Other Examinations**. Every person who files a chapter 7 case must attend a required hearing called the "first meeting of creditors" or "341 meeting." You must appear on the scheduled date and time and at the required location with your social security card and photo ID. The trustee will place you under oath and ask you questions that you must answer truthfully. You may also be required to attend subsequent hearings before the Trustee or Judge.

## E. ADDITIONAL IMPORTANT TERMS

1. Chapter 13. After further analysis and review of your financial situation, the Law Firm may determine that you do not qualify for a Chapter 7 or that a Chapter 13 Bankruptcy will be more appropriate. By signing below, you acknowledge that you understand that a Chapter 13 case requires significantly more work than a chapter 7 case, and the Law Firm will charge you additional costs and fees not covered by this agreement, and that this will be addressed in a separate agreement.

2. Required Disclosures. By signing this agreement, you acknowledge and understand that: (1) your debts will not be discharged if a creditor or trustee proves that you lied about assets or concealed, destroyed, or transferred any property or records in violation of the Bankruptcy Code, (2) all bankruptcy papers, pleadings and petitions are signed under penalty of perjury and a false oath, concealment of assets or other allegation under the Bankruptcy Code by a creditor, trustee or the bankruptcy court may result in your discharge being denied, your case dismissed, imprisonment and other sanctions and monetary or non-monetary penalties being imposed on you, and (3) the Law Firm provided you a copy of the disclosures and notices contemplated by Section 527 of the Bankruptcy Code within three business days from when the Law Firm first offered to provide bankruptcy services.

3. <u>Credit Reports</u>. In order to ensure that all of your creditors are listed in your Bankruptcy schedules, the Law Firm must obtain a credit report covering all three major credit reporting bureaus. By signing this agreement, you authorize the Law Firm to obtain such credit reports.

4. <u>Credit Cards and Non-Dischargeable Debts</u>. From this point forward, you must not charge anything to any of your credit cards or incur additional debt without first consulting with the Law Firm. Incurring further debt by use of credit cards or other means will result in significant problems in your bankruptcy. Any debt incurred 90 days prior to the filing of the bankruptcy may not be dischargeable. Also, obligations you owe to a creditor or ex-spouse pursuant to a divorce decree, student loans, most tax debts, debts not listed in the Bankruptcy petition, debts for spousal or child support or alimony, debts for willful and malicious injuries to person or property, debts to governmental units for fines and penalties, benefit overpayments, debts for personal injury caused by your operation of a motor vehicle while intoxicated, debts owed to certain tax-advantaged retirement plans, and debts for certain HOA, condominium or cooperative housing fees are not dischargeable. The government can also offset future tax refunds and government benefits if you discharge overpayment of benefits, military credit cards, or certain governmental loans such as SBA and USDA loans.

5. <u>No Right to Dismissal of Your Case</u>. By signing below you acknowledge that you understand that once your chapter 7 has been filed, you may not be able to voluntarily dismiss your case.

6. <u>Arbitration of Fee Disputes</u>. If the applicable State Bar offers a fee arbitration program and a dispute arises between you and us regarding our fees, we both agree to resolve that dispute through the State Bar's fee arbitration program. Either party may initiate fee arbitration by contacting the State Bar.

7. <u>Electronic Data</u>. You authorize the Law Firm to communicate with you via facsimile, mobile telephone, text message and e-mail, including leaving voice mail messages with details about your case. No form of communication is completely secure, and these forms of communication have some risk of improper interception. The Law Firm retains many file documents in electronic format only and these may be stored on a separate third-party server. You agree to check your e-mail regularly for important communications relating to your case. You represent to the Law Firm that third parties (e.g., employers or family members) do not have access to your e-mail, voicemail and text messages, and that you can receive confidential correspondence from the Law Firm in this manner. The Law Firm may assume that you are receiving and reviewing your e-mails at that email address unless you alert the Law Firm to an issue or a new email address. You will check your junk and spam folders to make sure your e-mail filters do not block e-mails from the Law Firm and confirm that the allowable size of incoming e-mails is sufficient to accept e-mails from the Law Firm with attachments.

8. <u>File Retention</u>. You understand that the Law Firm will only retain your client file for 5 years. Following that time period, copies of your bankruptcy papers and discharge order may be obtained through the clerk of the bankruptcy court.

9. <u>No Legal Advice Concerning this Agreement</u>. While the Law Firm has provided you with legal advice concerning your situation and the availability and advisability of filing a bankruptcy case, under the Rules of Professional Conduct it cannot act as your counsel in advising you whether or not to sign this agreement to hire the Law Firm. We will be happy to explain this agreement in detail and to answer any questions that you may have, but ultimately the decision to hire the Law Firm is one that the Law Firm itself cannot advise you in making.

**Debit Card & Bank Account Information (*fill in all fields*)**

I hereby authorize the Law Firm and its agents to process my total "Total Paid Over Time" balance using the payment method listed above until the balance is paid in full. I authorize the Law Firm or its agents to communicate with me via mail, e-mail, text, and/or telephone; and (ii) I have given my consent for the Law Firm to share my client file information, including my contact information, case number, and Social Security Number, with its agents for the purpose of processing and reporting my payments.

I understand this authorization will remain in effect until I cancel it in writing. Any termination of this authorization, or changes to my account information, must be given in writing at least 15 days prior to the next billing date. If the above-noted payment dates fall on a weekend or holiday, I understand that the payments may be executed on the next business day. In the case of an ACH transaction being rejected for Non-Sufficient Funds ("NSF"), I understand that the Law Firm or its agents, at their discretion, may attempt to process the charge again within 30 days. I agree to an additional $25.00 charge for each returned NSF, which charge will be initiated as a separate transaction from the authorized recurring payment. I certify that I am an authorized user of this debit card or bank account and will not dispute these scheduled transactions with my debit card company or bank so long as the transactions correspond to the terms indicated in this authorization form. "We are a debt relief agency. We help people file for Bankruptcy relief under the Bankruptcy Code."

ID rXbdwJGUBKhvzwcVqJ2cw374          8/7/2025

_____     _____
Client                    Date        Client                    Date

ID vngSBeheLtd8kCAiwa5FVWDV           8/8/2025

_____
Attorney                  Date

# eSignature Details

**Signer ID:**      **rXbdwJGUBKhvzwcVqJ2cw374**
Signed by:          Jessica Leishman
Sent to email:      luvskrapin@gmail.com
IP Address:         72.208.59.102
Signed at:          Aug 7 2025, 5:09 pm MST

**Signer ID:**      **vngSBeheLtd8kCAiwa5FVWDV**
Signed by:          Jacob Goodman
Sent to email:      jacob@rocklawaz.com
IP Address:         158.51.92.107
Signed at:          Aug 8 2025, 7:53 pm MST